IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-206-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 42]** |
| JOHN PATRICK COTTER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 42 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, the 9th day of November, 2019.

_____
Louise Wood Flanagan
United States District Judge